E-FILED
Wednesday, 16 April, 2025 02:58:49 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No: 3:23-CR-30018** |
| | ) | |
| **SEAN P. CURTIS,** | ) | |
| | ) | |
| **Defendant,** | | |

**MOTION AND MEMORANDUM FOR DENIAL OF APPLICATION OF 21 U.S.C. SECTION 851 SENTENCING ENHANCEMENTS FOR DEFENDANT**

Now comes Defendant, Sean P. Curtis, by and through attorney, Monroe D. McWard, of McWard Law Office, and moves this Honorable Court to deny the application of 21 U.S.C. § 851 Career Criminal Enhancements and in support of said motion states as follows that:

1. Sean Cutis was convicted in 2008 of a robbery in case no. 2005-CF-1334, Macon County, Illinois, March 22, 2006.

2. Mr. Curtis was sentenced to 8 years in the Department of Corrections as part of his plea, and 3 years Mandatory Supervised Released. He was released from the Illinois Department of Corrections on June 18, 2009, and MSR was terminated on November 15, 2010.

3. There is no indication that any violence occurred during the commission of this crime and there is no evidence Mr. Curtis was armed with a firearm or other dangerous weapon. Mr. Curtis was released from the Illinois Department of Corrections on June 18, 2009, and completed his Mandatory Supervised Release on November 15, 2009.

4. His sentence in Macon County was clearly less than 10 years, and the robbery was not violent as no weapon was used in the robbery. Mr. Curtis conviction of 2005-CF-1334 robbery does not qualify as a violent felony nor was his offense carrying a maximum of a 10-year sentence or more.

5. The Defendant asserts that the case of *United States v. Carr*, 107 F. 4th (2024) is distinguished from his case, as Mr. Curtis was not convicted for armed robbery.

WHEREFORE, based on the foregoing Defendant, Sean Curtis, moves this Honorable Court to allow him to strike the application of the Sentencing Enhancements of 21 U.S.C. 851 in all aspects of the Defendant, Sean Curtis' case and for such other relief this Court deems fair and equitable.

Respectfully submitted

SEAN CURTIS, Defendant

BY: /s/ Monroe D. Mcward
Monroe D. McWard, Attorney for Defendant

Monroe D. McWard
107 South Washington Street
Taylorville, Illinois 62568
(217) 824-2900
mdmcward@mcwardlaw.com
Reg. No. 06190799

## CERTIFICATE OF SERVICE

TO: Matthew Weir
matthew.weir@usdoj.gov

The undersigned does hereby certify that on the 16th day of April, 2025, she served the foregoing **Motion And Memorandum For Denial of Application Of 21 U.S.C. Section 851 Sentencing Enhancements for Defendant** by E-filing, emailing, faxing, hand delivering or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

McWARD LAW OFFICE

By: /s/ Diane Kane
Diane Kane, Secretary
to Monroe D. McWard
McWARD LAW OFFICE
107 South Washington Street
Taylorville, Il 62568
(217) 824-2900

Monroe D. McWard
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
mdmcward@mcwardlaw.com
(217) 824-2900
Reg. No. 06190799